UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES

| CASE NO.: | 6:25-mj-1111-LHP | DATE: | February 5, 2025 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | |
| UNITED STATES OF AMERICA v. ITALO RAFAEL BRETT BONINI | | LANGUAGE: | |
| | | ASSISTANT U.S. ATTORNEY: | Brandon Cruz |
| | | DEFENSE COUNSEL: | Aziza Hawthorne |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Edward Jackson |
| TIME 2:23-2:33 | TOTAL: 10 minutes | PRETRIAL: | Estefania Vega-Romero |
| | | COURTROOM: | 5D |

**PROCEEDINGS: INITIAL APPEARANCE**

(✓) Case called; appearances taken; procedural setting by the Court.

(✓) Court inquired of the Defendant regarding competency.

(✓) Defendant advised of Rule 5c rights.

(✓) Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✓) Oral motion for counsel. Motion was granted, and counsel was appointed.

(✓) Defendant was advised of the charge(s) and penalties in the charging document.

(✓) Oral motion by the Government for (✓) Detention ( ) Release

(✓) Defendant (✓) waived the right to a preliminary hearing ( ) preliminary hearing requested.

(✓) Oral motion for continuance of (✓) detention hearing ( ) preliminary hearing by ( ) Defendant ( ) Government.

(✓) Court granted the ( ) oral motion for continuance.

(✓) The detention hearing is set for 2/10/25 at 10:00 AM. Order of Temporary Detention entered.