UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA:**          **CASE NO: 6:25-MJ-01111-LHP**

**VS**

**ITALO RAFAEL BRETT BONINI**
**DEFENDANT.**
_____/

**NOTICE OF APPERANCE OF DEFENSE COUNSEL REQUEST FOR A COPY OF CHARGE, WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT, WRITTEN PLEA OF NOT GUILTY AND DISCOVERY DEMAND**

      The undersigned attorney hereby enters her Notice of Appearance as counsel for the Defendant herein, pursuant to Rule 3.14(m), Fla. R. Of Crim. P.  The Clerk of this Court is hereby requested to furnish a copy of the **INDICTMENT**, with endorsements thereon, by mail, to the undersigned legal counsel at the address below.

  Further pursuant to Rule 3.170(a), Fla. R. Crim. P., the Defendant, by and through the undersigned counsel, hereby enters a written plea of *not guilty* to the charges contained within said **INDICTMENT,** and waives personal appearance before the Court authorizing defense counsel to file timely motions otherwise due at the time of arraignment, within reasonable period of time after receipt of a copy of the requested **INDICTMENT** filed in this cause.

  The Defendant specifically waives presence at all pretrial conferences and scheduling conferences pursuant to Rule 3.220(p), Florida Rules of Criminal Procedure.  **Defendant gives notice of intent to participate in Discovery.**

**DESIGNATION OF E-MAIL ADDRESSE PURSUANT TO RULE 2.516**

Tracey Kagan, Esq., as attorney(s) for the Defendant hereby designates, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration (effective September 1, 2012), the following e-mail addresses for the purpose of service of all documents required to be served pursuant to Rule 2.516 in this proceeding:  traceykagan@traceykaganlaw.com

**CERTIFICATE OF SERVICE**

The Defendant specifically waives presence at all pretrial conferences and scheduling conferences pursuant to Rule 3.220(p), Florida Rules of Criminal Procedure.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of this document was electronically served by using the CM/ECF system which will send a notice of electronic filing to the Assistant United States Attorney, and to the Clerk of Court (CM/ECF) on February 18, 2025

Respectfully submitted,

/S/ *Tracey Kagan, Esq.*
Tracey Kagan, Esquire
**TRACEY KAGAN LAW**
207 E. LIVINGSTON STREET.
Orlando, Florida 32801
Telephone: 407-849-9990

Florida Bar No.  0143472
traceykagan@traceykaganlaw.com
Attorney for the Defendant